STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

CW 04-914 consolidated with CA 04-1111

STATE OF LOUISIANA

VERSUS

DOMINIQUE TURNER, A/K/A
RUDOLPH TURNER

**********
ON APPLICATION FOR SUPERVISORY WRIT
OF REVIEW FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 10062-03
HONORABLE ALCIDE JOSEPH GRAY, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Glenn B. Gremillion, Judges.

WRIT DENIED.

Robert Richard Bryant, Jr.
District Attorney
Frederick Wayne Frey
Carla Sue Sigler
Assistant District Attorneys
P. O. Box 3206
Lake Charles, LA 70601
(337) 437-3400
Counsel for Plaintiff/Applicant
    State of Louisiana

**Glen D. Vamvoras**
**Michael H. Schwartzberg**
**Vamvoras & Schwartzberg**
**1111 Ryan Street**
**Lake Charles, LA 70601**
**(337) 433-1621**
**Counsel for Defendant/Respondent**
**Dominique Turner**
**a/k/a Rudolph Turner**

GREMILLION, Judge.

For the reasons discussed in the consolidated case of *State of Louisiana v. Dominique Turner*, 04-1111 (La.App. 3 Cir. __/__/__), __ So.2d __, the State of Louisiana's writ application seeking supervisory review of the trial court's judgment setting aside a judgment of bond forfeiture is denied.

**WRIT DENIED.**